UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MOONYRAM BANSRAJ, *on behalf of himself, FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

METRO MANAGEMENT & DEVELOPMENT, INC., CARLYLE TWO LLC, SKYLINE TOWERS 6 LLC, KISSENA CORP., JOHN DOE CORPORATIONS 1-100, ANDREA WOODNER, AND DAVID BARON,

        Defendants.

---

Case No.: 24-cv-07560

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Metro Management & Development, Inc., Carlyle Two LLC, Skyline Towers 6 LLC, Kissena Corp., John Doe Corporations 1-100, Andrea Woodner, and David Baron (collectively "Defendants"), having offered to allow Plaintiff Moonyram Bansraj ("Plaintiff") to take a judgment Defendants, in the sum of sixty thousand dollars ($60,000.00), inclusive of attorneys' fees, costs, and expenses, and without any admission of liability, for all of the Causes of Action contained in Plaintiff's Complaint, based upon facts existing as of the date of acceptance of the offer, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 7, 2025 and filed as Exhibit A to Docket Number 22;

**WHEREAS**, on March 11, 2025, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Dkt. No. 22);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiff Moonyram Bansraj, in the sum of $60,000.00, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 7, 2025 and filed as Exhibit A to Docket Number 22. The Clerk of Court is respectfully directed to close this case.

Dated: _March 12 2025
       Brooklyn, New York

BRENNA B. MAHONEY
CLERK OF COURT

BY: *Jalitza Poveda*
       Deputy Clerk